<a>
</a>



U.S. DISTRICT COURT
DISTRICT OF MARYLAND
MAR 19 2008
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

AMD 08 CV 718

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MICHAEL W. KENNEDY

    Plaintiff,

V.                                      CIVIL ACTION NO

ACCOUNTS RECEIVABLE TECHNOLOGIES

Defendant.                       MARCH 12, 2008

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Odenton, Maryland.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is a collector within the MCDCA.

7. Defendant communicated with plaintiff on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

8. Defendant communicated with plaintiff numerous times in an attempted to collect a debt that the plaintiff disputes.

9. Plaintiff advised the defendant that he disputed this debt.

10. Defendant advised the plaintiff that his dispute must be put in writing and that he could not orally dispute this debt, in violation of the FDCPA.

11. Defendant failed to provide notice pursuant to 1692e (11) in every oral communication the defendant had with the plaintiff.

12. Defendant has inadequate procedures in place to avoid such error.

13. In the collection efforts, the defendant violated the FDCPA; inter alia, section 1692e, f, and g.

## SECOND COUNT

14. The allegations of the First Count are repeated and realleged as if fully set forth herein.

15. Within three years prior to the date of this action Defendant collection agency has engaged in acts and practices as to plaintiff in violation of the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA");

16. Defendant a collection agency has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

**WHEREFORE plaintiff respectfully requests this Court to:**

1. Award plaintiff statutory damages pursuant to the Fair Debt Collection Practices Act 15 U.S.C. §1692 et seq.;

2. Award plaintiff Statutory damages pursuant to Maryland Consumer Debt Collection Act § 14-204 et seq;

3. Award plaintiff statutory damages pursuant to the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq;

4. Award the plaintiff costs of suit and a reasonable attorney's fee;

5. Award and such other and further relief as this Court may provide.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
207 Miles River Court
Odenton, MD 21113
Ph (410) 305-4000
Fax (410) 305-4005
Fed. Bar # Md26843
bernardtkennedy@yahoo