UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

MICHAEL W. KENNEDY

      Plaintiff,                      CIVIL ACTION NO.
                                           1:08 CV 718 (AMD)

V.

ACCOUNTS RECIEVABLE TECHNOLOGIES

      Defendant                      JULY 14, 2008

## STIPULATION FOR DISMISSAL

The Plaintiff through his attorney Bernard T. Kennedy and Defendant Accounts Receivable Technologies stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

                                            THE PLAINTIFF

                                           BY/S/Bernard T. Kennedy
                                             Bernard T. Kennedy, Esquire
                                             Bernard T. Kennedy & Associates
                                             P.O. Box 657
                                             Edgewater, MD 21037
                                             Ph  (443) 607-8901
                                             Fax (443) 607-8903
                                             Fed. Bar # Md26843
                                             bernardtkennedy@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

MICHAEL W. KENNEDY

      Plaintiff,                           CIVIL ACTION NO.
                                                1:08 CV 718 (AMD)

V.

ACCOUNTS RECIEVABLE TECHNOLOGIES

      Defendant                            JULY 14, 2008

## CERTIFICATION

I hereby certify that on 7/14/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy